

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00452-CV

| | | |
|---|---|---|
| 1901 NW 28th Street Trust | § | From the 96th District Court |
| | § | of Tarrant County (096-284710-16) |
| v. | | |
| | § | October 26, 2017 |
| Lillian Wilson, LLC | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant 1901 NW 28th Street Trust shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Bill Meier
      Justice Bill Meier